The CITY OF NEW ROCHELLE, respondent, v. NEW ROCHELLE COAL & LUMBER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment affirmed, with costs, on the opinion of Mr. Justice Mills at Special Term (83 Misc. Rep. 194, 144 N. Y. Supp. 852). Stapleton, Rich, and Putnam, JJ., concur. Thomas, J., dissents (on the ground that the locus in quo has not been traveled or used as a highway for more than six years before the commencement of the action, and that under Highway Law [Consol. Laws, c. 25] § 234, it had ceased to be a highway); with whom Jenks, P. J., concurs.

The CITY OF NEW YORK, applt., v. F. J. R. CLARKE, as sole executor of the last will and testament of John J. Linson, deceased, Everett Fowler and Augustus H. Van Buren, respts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment affirmed with costs. All concur. except Kellogg, P. J., dissenting. Cochrane, J., not sitting.

In the matter of the final judicial settlement of the accounts of George M. CLAPP, etc., respondent; Warren E. Clapp et al., by Charles W. Boote, their guardian ad litem, appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion granted to the extent of remitting the printed papers now on file in this court to the Surrogate's Court of Dutchess County for the purpose of resettling the case; in all other respects, motion denied.

Clara G. CLARK, Respt., v. Carrie B. GUYON, impld., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Koppel COHEN, appellant, v. Rudolph NEWMAN, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order of the Appellate Term (91 Misc. Rep. 561, 155 N. Y. Supp. 30) reversed and new hearing ordered, costs to abide the event, upon the dissenting opinion of Maddox, J., at the Appellate Term. Carr, Stapleton, and Mills, JJ., concur. Jenks, P. J., and Thomas, J., vote to affirm.

COLONIAL SAVINGS BANK & TRUST CO., Respt., v. MORTON TRUCK & TRACTOR Co., impld., Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

The COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on complaint of Mary Milnik, respondent, v. Louis HALPERIN, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order of filiation of the Court of Special Sessions reversed and defendant discharged, on the ground that the determination upon which it was made was against the weight of evidence. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

COMMONWEALTH WATER COMPANY, appellant, v. Henry C. BRUNNER and Fannie A. Brunner, respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Rich, and Putnam, JJ., concur. Carr, J., not voting.

Mary CONDON, Applt., v. AARON BUCHSMAUM CO., Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Eva CONKLIN, respondent, v. Robert Edgar CONKLIN and others, respondents; Elizabeth Klein and another, appellants. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Judgment of the County Court of Queens County affirmed by default, with costs. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Timothy CONKLIN, respt., v. SYRACUSE RAPID TRANSIT RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment and order affirmed with costs. All concur.

Margaret E. COOK, respt., v. William J. CONNORS, applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted unless appellant file and serve printed record in ten days.

Watts T. COOKE and John R. Cooke, respondents, v. WESTCHESTER ENGINEERING COMPANY and another, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Robert COOPER, Jr., respt., v. Leonard W. HALL and one, applts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Judgment and order affirmed with costs. All concur.

Charles T. COOPER, by his guardian ad litem, Thomas T. Cooper, respondent, v. Matthew VIERENGLE, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

CORPORATION OF THE FINE ARTS BUILDING, Applt., v. William F. CONNOR & ano., respts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

James CORRIGAN v. GREEN FUEL ECONOMIZER. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for stay granted on condition that appel-